No. 11–203.  POLES v. SIKOWITZ.  C. A. 2d Cir.  Certiorari denied.

No. 11–219.  JACKSON, AS NEXT FRIEND AND PARENT OF JACKSON, A MINOR v. NIXON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–271.  SPEED v. HALL, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 11–289.  CHEEK v. JENNINGS ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 11–303.  ABBOTT ET AL. v. GUENTHER.  C. A. 4th Cir.  Certiorari denied.

No. 11–317.  EL BEY v. KRAVITZ, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, ET AL.; and DERISME v. BANK OF AMERICA, NA.  C. A. 2d Cir.  Certiorari denied.

No. 11–323.  GOMEZ-GOMEZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–5302.  FARMER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5343.  GONSALES CAMPOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5393.  SAVILLON-MATUTE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5803.  BOGER v. YOUNG, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 11–5804.  BOOKER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–5811.  ROBINSON v. EASTERLING, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–5816.  DIXON v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.